IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00916–RBJ–KMT

DAVID JENNER,

    Plaintiff(s),

v.

CAPTAIN DON BRIGHTWELL, individual capacity,
ASSISTANT ATT. GENERAL JACQUELYNN N. RICH FREDERICKS, individual capacity,
JOHN/JANE DOE #1 (Limon Correctional Facility Staff), individual capacity,
JOHN/JANE DOE #2 (Limon Correctional Facility Staff), individual capacity, and
JOHN/JANE DOE #3 (C.D.O.C Offender Services), individual capacity,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Stay Ruling on Motion to Dismiss; Require Defendants to Serve Plaintiff with a Copy of Said; and Allow Plaintiff to Respond" (Doc. No. 21, filed Sept. 22, 2014) is GRANTED in part. The Clerk of Court is directed to send Plaintiff a copy of Defendants' Motion to Dismiss (Doc. No. 17, filed Aug. 5, 2014). Plaintiff shall answer or otherwise respond to Defendants' Motion to Dismiss no later than October 17, 2014.

Dated: September 23, 2014